IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHNNIE CEPHUS FENN, JR.,** #735082 | : | |
| Plaintiff, | : | |
| vs. | : | Civil Action 18-0116-WS-N |
| **NURSE PRACTIONER AKNEE,** *et al.*, | : | |
| | : | |
| Defendants. | | |

## JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and obey the Court's order.

**DONE** this 18th day of September, 2018.

<u>s/WILLIAM H. STEELE</u>
**UNITED STATES DISTRICT JUDGE**